UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                      14-CR-18-V

JEROME J. TALLINGTON,

            Defendant.
_____

## **ORDER**

Upon the motion of the government for an order directing Elmira Correctional Facility staff and/or designees to use necessary force to secure JOSE MEDINA, the witness, and deliver the witness into federal custody, and due deliberation thereon, it is hereby,

ORDERED that the Elmira Correctional Facility and/or designees are directed to use necessary force to secure the witness and deliver the witness into federal custody and before the District Court on April 4, 2016, at 9:00 a.m., for trial testimony.

SO ORDERED.

DATED:  Buffalo, New York, April 1, 2016.

                                                  *s/ Lawrence J. Vilardo*
                                                  LAWRENCE J. VILARDO
                                                  UNITED STATES DISTRICT JUDGE